**J.L. Russo, P.C.**
31 · 19 Newtown Avenue, Suite 500
Astoria, New York 11102
Tel:   718 · 777 · 1277
Fax:   718 · 204 · 2310
Email:   *JLRussoPC@Gmail.com*

**JOHN L. RUSSO**
ATTORNEY AT LAW

**COUNSEL**
Milton Florez, Esq.
Michael Horn, Esq.

**PARALEGAL**
Maria Nunez, B.S.

December 2, 2022

**Via ECF**
Honorable. J. Paul Oetken
United States District Court Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re: <u>United States of America v. Juan Nolasco -Martinez, et al.</u>
         Case No.: 22-CR-00012 (JPO)

Your Honor:

    This office represents, the Defendant Juan Nolasco in the above-referenced matter which is pending before the Court.

    **By this letter, the Mr. Nolasco-Martinez respectfully requests the Court's consent to a change of his pre-trial release conditions –** *to wit*, **the removal of his electronic monitoring device**. All other pre-trial release conditions to stay the same. Ms. Viosanny Harrison, Mr. Nolasco Martinez' U.S. Pretrial Services Officer, has specifically consented to this change of condition and AUSA Mitzi Steiner has deferred to PTS on this issue. As Mr. Nolasaco-Martinez' pre-trial release conditions have also been set by Judge Buchwald in case 21-CR-00008 (NRB), a companion request is being sent to Judge Buchwald as well.

    . The Court's consideration of this request is greatly appreciated.

> Granted as to case number 22 Cr. 12 (JPO).
> So ordered.
>  12/12/2022

Yours truly,

*John L. Russo*

John L. Russo (JR6200)

_____
J. PAUL OETKEN
United States District Judge