| | **J.L. Russo, P.C.** | |
|---|---|---|
| **JOHN L. RUSSO**<br>ATTORNEY AT LAW | 31 · 19 Newtown Avenue, Suite 500<br>Astoria, New York 11102<br>Tel:  718 · 777 · 1277<br>Fax:  718 · 204 · 2310<br>Email:  *JLRussoPC@Gmail.com* | **PARALEGAL**<br>Maria Nunez, B.S. |
| **COUNSEL**<br>Milton Florez, Esq.<br>Michael Horn, Esq. | | |

July 26, 2023

**Via ECF**
Honorable. J. Paul Oetken
United States District Court Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re: <u>United States of America v. Mariluz Fermin , Bellanilda Fermin and Juan Nolasco ,</u>
         Case No.: 22-CR-00012 (JPO)

Your Honor:

    This office represents the Defendant Juan Nolasco in the above-referenced matter which is scheduled for sentencing on August 3, 2023.

    **By this letter, the parties respectfully request a 45 day adjournment of sentencing in this matter until September 13th or 14th - to join all Defendants.**   The requested adjournment will permit Mr. Nolasco to be sentenced on his older (and unrelated) case before Judge Buchwald on August 3rd .

    This request is consented to by all defense counsel and AUSA Steiner. Both sides consent to, and request, the exclusion of time pursuant to the Speedy Trial Act, if applicable.  Given the above, we respectfully request that sentencing in this matter be adjourned for a period of 45 days – until September 13th or 14th.  The Court's consideration of this request is greatly appreciated. Thank you.

                                  Yours truly,

                                  *John L. Russo*

                                John L. Russo (JR6200)

JLR: mn
Cc:  AUSA Mitzy Steiner **(VIA ECF)**
    Arthur Trakas, Esq.
    Kevin G. Roe, Esq.

> Granted.
> Sentencing is hereby adjourned to September 19, 2023, at 3:00 pm. Defendant's sentencing submission is due by September 5, 2023, and the government's sentencing submission is due by September 12, 2023.
>   So ordered.
>   8/1/2023

J. PAUL OETKEN
United States District Judge